**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANIEL BARNETT and
WILDLIFE FARMS, INC.**                                                                      **PLAINTIFFS**

**v.**                                      **CASE NO. 4:05-CV-1328 GTE**

**HERBERT KOHLER, and
KOHLER COMPANY**                                                                            **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order granting Defendants' Motions for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants Herbert Kohler and Kohler Company, and against Plaintiffs, Daniel Barnett and Wildlife Farms, Inc.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this _7th_ day of September, 2006.

                                                                    /s/ G. Thomas Eisele
                                                            UNITED STATES DISTRICT JUDGE