IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANIEL BARNETT** and
**WILDLIFE FARMS, INC.**                                                                    **PLAINTIFFS /
                                                                                             COUNTERDEFENDANTS**

**v.**                                  **NO. 4-05 CV 1328 GTE**

**HERBERT KOHLER** and
**KOHLER COMPANY**                                                                          **DEFENDANTS /
                                                                                             COUNTERCLAIMANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in this matter, the Court hereby dismisses the above-styled action with prejudice. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED this 5th day of March, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE